# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE COLON,** : | |
| Petitioner, : | |
| : | **CIVIL ACTION** |
| v. : | **NO: 06-2263** |
| : | |
| **DAVID DIGUGLIELMO, ET AL.,** : | |
| Respondent. : | |

## ORDER

**AND NOW**, this ____ day of May, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell and *pro se* Petitioner's Objections to the Report and Recommendation, **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED and DISMISSED WITH PREJUDICE AS TIME-BARRED**.

3. There is no probable cause for the issuance of a certificate of appealability.

4. The Clerk of the Court shall mark the above-captioned case as **CLOSED**.

BY THE COURT:

/s/ Petrese B. Tucker

Honorable Petrese B. Tucker, U.S.D.J.